IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GARY W. YOUNGBLOOD 263709,  )
                            )
    Plaintiff,               )
                            )    CIVIL ACTION NO.
    v.                       )      2:15cv214-MHT
                            )
ALA. DEPT. OF CORRECTIONS,   )
et al.,                      )
                            )
    Defendants.              )
```

### ORDER

Upon an independent and de novo review of the record, it is ORDERED that:

(1) The plaintiff's objections (doc. nos. 21 and 22) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(3) The plaintiff's motion for preliminary injunction (doc. no. 1) is denied.

(4) This cause is referred back to the magistrate judge for further proceedings.

DONE, this the 7th day of May, 2015.

/s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE