IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GARY W. YOUNGBLOOD 263709,  )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:15cv214-MHT
                            )          (WO)
ALA. DEPT. OF CORRECTIONS,  )
et al.,                     )
                            )
     Defendants.            )
```

### ORDER

This matter is before the court on plaintiff's objection to the court's order assessing a $ 505 filing fee on his second notice of interlocutory appeal. Plaintiff argues that the second notice of interlocutory appeal should have been treated as an amended notice of interlocutory appeal, and the new filing fee should not have been assessed. Upon consideration of the objection, it is ORDERED as follows:

(1) The objection (doc. no. 77) is construed as a motion for reconsideration.

(2) The motion for reconsideration (doc. no. 77) is granted.

    **(3)** The order (doc. no. 74) assessing fees for the second notice of appeal is vacated.

    DONE, this the 1st day of September, 2015.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**